# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154505

KIM METHNER and CONNIE METHNER,
     Plaintiffs-Appellees,

v

VILLAGE OF SANFORD,
     Defendant/Cross-Defendant-
     Appellant,

and

MID-VALLEY AGENCY, INC.,
     Defendant/Cross-Plaintiff-
     Appellee,

and

MALLEY CONSTRUCTION, INC.,
     Defendant.
_____/

SC: 154505
COA: 326781
Midland CC: 12-009082-CH

On order of the Court, the application for leave to appeal the August 23, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Marlette Auto Wash, LLC v Van Dyke SC Properties, LLC* (Docket No. 153979) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

d0315